# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| GARY L. STORM and SUSAN L. STORM,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>UNITED STATES OF AMERICA; and DOES I-X<br><br>　　　　Defendant. | Case No.1:16-CV-00306-REB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

　　Upon review of the Stipulation for Dismissal With Prejudice (Dkt. 17), and for good cause appearing therefrom,

　　IT IS HEREBY ORDERED that the Complaint filed in the above-entitled matter be, and the same is hereby, **DISMISSED WITH PREJUDICE**, each party to bear their own costs and attorney fees.

DATED: **January 9, 2017**

_____

Honorable Ronald E. Bush
Chief U. S. Magistrate Judge

**ORDER OF DISMISSAL WITH PREJUDICE - 1**